**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                  Case No.: 8:18-bk-03054

CM HVAC HOLDINGS, LLC                                  Chapter 7

      Debtors.
_____/

NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT:

A hearing in this case will be held on June 11, 2018 at 11:00 am in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 to consider and act upon the following and transact such other business that may come before the court:

Emergency Motion for Resolution of Disputed Election Doc [113]

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

DATED: June 8, 2018.

                                        /s/ John A. Anthony
                                        **JOHN A. ANTHONY, ESQUIRE**
                                        Florida Bar No. 0731013
                                        janthony@anthonyandpartners.com
                                        Anthony & Partners, LLC
                                        201 N. Franklin Street, Suite 2800
                                        Tampa, Florida  33602
                                        Telephone:  813/273-5616/ Telecopier:  813/221-4113
                                        Attorneys for Regions Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June 2018, a true and correct copy of the foregoing has been served through the Court's CM/ECF System, on the following parties:

Jake C Blanchard on behalf of Debtor CM HVAC Holdings, LLC
jake@jakeblanchardlaw.com,
jake.c.blanchard@gmail.com;rebecca@jakeblanchardlaw.com;r64055@notify.bestcase.com

John C. Brock, Jr. on behalf of Creditor Five Star Mechanical Insulation LLC
jbrock@trentcotney.com

C Timothy Corcoran, III on behalf of Creditor St. Mary Catholic Church
ctcorcoran@mindspring.com

Kathleen L DiSanto on behalf of Creditor ARCO/Murray National Construction Company, Inc.
kdisanto@bushross.com, ebishop@bushross.com;bnkecf@bushross.com

Robert F Elgidely, Attorney for Trustee on behalf of Trustee Angela Welch
relgidely@gjb-law.com, cesser@gjb-law.com;vlambdin@gjb-law.com;chopkins@gjb-law.com;bsilva@gjb-law.com

Mariaelena Gayo-Guitian on behalf of Trustee Angela Welch
mguitian@gjb-law.com, chopkins@gjb-law.com;cesser@gjb-law.com;vlambdin@gjb-law.com;gjbecf@ecf.courtdrive.com

Scott A Haas on behalf of Creditor TAMPA BAY TRANE
shaas@shaaslaw.com

Ryan C Hardy on behalf of Creditor ARCO/Murray National Construction Company, Inc.
rhardy@spencerfane.com, kheinz@spencerfane.com

Jessica A Hicks on behalf of Creditor Ford Motor Credit Company, LLC
bankruptcynotices@kasslaw.com, jhicks@ecf.courtdrive.com

Robert S Jones, II on behalf of Creditor Tom Barrow Company
bjones@bobbyjoneslaw.com

John J Lamoureux on behalf of Creditor Orion Marine Construction, Inc.
jlamoureux@cfjblaw.com, delliott@cfjblaw.com;tpaecf@cfdom.net

Nicole Mariani Noel on behalf of Creditor St. Andrew's Episcopal Church
bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

L William Porter, III on behalf of Creditor New Vista Builders Group, LLC
bill@billporterlaw.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

Matthew J Vaughn on behalf of Interested Party Patel Construction Co., Inc.
mvaughn@petersonmyers.com, mjvpleadings@petersonmyers.com

Jay B Verona on behalf of Creditor Charter HC Tampa Gunn, LLC
jverona@slk-law.com, mhartz@slk-law.com

Angela Welch
welchtrustee@gmail.com, aesposito@ecf.epiqsystems.com

Nathan A Wheatley on behalf of U.S. Trustee United States Trustee - TPA
nathan.a.wheatley@usdoj.gov

I further certify that a true copy of the foregoing has been furnished via U.S. first class mail on the 8th day of June 2018, to the following non-CM/ECF participants:

Elavon, Inc. Attn: Lisa Sims, Manager, 7300 Chapman Hwy Knoxville, TN 37920

Michael William Hajek, Hajek & Hajek, P.A., 5308 Central Blvd St Petersburg, FL 33707

John L. Heller, Marcum, LLP, 450 East Las Olas Boulevard, 9th Floor, Fort Lauderdale, FL 33301

Hillsborough and 56th Street LLC c/o Trenam Law, Megan W. Murray, 101 E Kennedy Boulevard, #2700 Tampa, FL 33602

/s/ John A. Anthony
**ATTORNEY**