# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

CM HVAC HOLDINGS, LLC,             Case No.: 18-bk-03054
                                                    Chapter 11

      Debtor.
_____/

## NOTICE OF FILING MCNEIL DECLARATION

PLEASE TAKE NOTICE that Regions Bank, an Alabama state chartered bank ("Regions"), by and through its undersigned counsel, hereby files the attached "Declaration of Christopher McNeil," in connection with "Regions' Emergency Verified Motion for Resolution of Disputed Election" [Doc 113] filed on June 5, 2018 in the above-captioned matter, as authorized by this Court at the conclusion of the hearing held on July 17, 2018.

Dated this 20th day of July, 2018.

                                          /s/ John A. Anthony
                                          **JOHN A. ANTHONY, ESQ.**
                                          Florida Bar No.: 0731013
                                          janthony@anthonyandpartners.com
                                          **ANDREW J. GHEKAS, ESQ.**
                                          Florida Bar No.: 0119169
                                          aghekas@anthonyandpartners.com
                                          Anthony & Partners, LLC
                                          201 N. Franklin Street, Suite 2800
                                          Tampa, Florida 33602
                                          Telephone: (813) 273-5616
                                          Facsimile: (813) 221-4113
                                          Attorneys for Regions

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2018, a true and correct copy of the foregoing has been served through this Court's CM/ECF System, via E-Mail, and/or U.S. Mail on the following parties:

Jake C Blanchard on behalf of Debtor CM HVAC Holdings, LLC
jake@jakeblanchardlaw.com
jake.c.blanchard@gmail.com
rebecca@jakeblanchardlaw.com
r64055@notify.bestcase.com

John C Brock, Jr. on behalf of Creditor Five Star Mechanical Insulation LLC
jbrock@trentcotney.com

Robert F Elgidely, Attorney for Trustee on behalf of Trustee Angela Welch
relgidely@gjb-law.com
cesser@gjb-law.com
vlambdin@gjb-law.com
chopkins@gjb-law.com
bsilva@gjb-law.com

Scott A Haas on behalf of Creditor Tampa Bay Trane
shaas@shaaslaw.com

Jessica A Hicks on behalf of Creditor Ford Motor Credit Company, LLC
bankruptcynotices@kasslaw.com
jhicks@ecf.courtdrive.com

Camille J Iurillo on behalf of Creditor Hillsborough and 56th Street, LLC
ciurillo@iurillolaw.com
nhawk@iurillolaw.com
azesch@iurillolaw.com

Robert S Jones, II on behalf of Creditor Tom Barrow Company
bjones@bobbyjoneslaw.com

Timothy W Brink on behalf of Creditor Amerisure Mutual Insurance Company
tbrink@mpslaw.com,
crampich@mpslaw.com

C Timothy Corcoran, III on behalf of Creditor St. Mary Catholic Church
ctcorcoran@mindspring.com

Kathleen L DiSanto on behalf of Creditor ARCO/Murray National Construction Company, Inc.
kdisanto@bushross.com
ebishop@bushross.com
bnkecf@bushross.com

Mariaelena Gayo-Guitian on behalf of Trustee Angela Welch
mguitian@gjb-law.com
chopkins@gjb-law.com
cesser@gjb-law.com
vlambdin@gjb-law.com
gjbecf@ecf.courtdrive.com

Ryan C Hardy on behalf of Creditor ARCO/Murray National Construction Company, Inc.
rhardy@spencerfane.com
kheinz@spencerfane.com

Andrew W Houchins on behalf of Creditor Ally Financial
arivera@rushmarshall.com

Eric D Jacobs on behalf of Trustee Angela Welch
ejacobs@gjb-law.com

Nicole Mariani Noel on behalf of Creditor St. Andrew's Episcopal Church
bankruptcynotices@kasslaw.com
nmnoel@ecf.courtdrive.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

Jay B Verona on behalf of Creditor Charter HC Tampa Gunn, LLC
jverona@slk-law.com
mhartz@slk-law.com

Nathan A Wheatley on behalf of U.S. Trustee United States Trustee - TPA
nathan.a.wheatley@usdoj.gov

Michael William Hajek
Hajek & Hajek, PA
5308 Central Blvd
St Petersburg, FL 33707

John L. Heller
Marcum LLP
450 East Las Olas Boulevard, 9th Floor
Fort Lauderdale, FL 33301

Elavon, Inc.
Att: Lisa Sims, Manager
7300 Chapman Hwy
Knoxville, TN 37920

John J Lamoureux on behalf of Creditor Orion Marine Construction, Inc.
jlamoureux@cfjblaw.com
delliott@cfjblaw.com
tpaecf@cfdom.net

L William Porter, III on behalf of Creditor New Vista Builders Group, LLC
bill@billporterlaw.com

Matthew J Vaughn on behalf of Interested Party Patel Construction Co., Inc.
mvaughn@petersonmyers.com,
mjvpleadings@petersonmyers.com

Matthew J Vaughn on behalf of Interested Party Patel Construction Co., Inc.
mvaughn@petersonmyers.com,
mjvpleadings@petersonmyers.com

Angela Welch
welchtrustee@gmail.com
aesposito@ecf.epiqsystems.com
welchtrustee@gmail.com
aesposito@ecf.epiqsystems.com

/s/ John A. Anthony
**ATTORNEY**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

CM HVAC HOLDINGS, LLC,    Case No.: 18-bk-03054
                                                         Chapter 7
　　　　Debtor.
_____/

**DECLARATION OF CHRISTOPHER MCNEIL**

I, Christopher McNeil, declare the following:

1.　　My name is Christopher McNeil.

2.　　Everything in this declaration is true and correct, and based upon my own personal knowledge except where expressly indicated to the contrary.

3.　　I have been offered no financial or other inducement in consideration for my efforts in drafting and executing this declaration in its final form, which has been entirely voluntary.

4.　　I have been the principal of CM HVAC Holdings, LLC (the "Debtor") since November 2015. In this capacity, I am familiar with the day-to-day operations and finances of the Debtor, including inventory and accounts receivable.

5.　　I have discussed how the Debtor operated before and after April 16, 2018 (the "Petition Date") with legal counsel for Regions Bank and representatives of the forensic accounting firm hired by Regions, Oscher Consulting, P.A. During those discussions, I made the following observations.

6.　　As principal of the Debtor before its filing of a bankruptcy petition on the Petition Date, I can represent that Based upon my position with the Debtor an inventory of the Debtor was initiated in approximately October 2017, and was completed in December 2017. I can further represent that the Debtor's purchases of inventory declined from January 2018 through April 2018. During March 2018, the Debtor's vendors put the Debtor on COD, constraining the ability to purchase needed materials. Inventory was not able to be purchased during this period leading up to the Petition Date, and overall inventory levels fell.

7.　　Due to the Debtor's cash constraints, the majority of inventory purchases from

approximately December 2017 through April 2018 were made with the intent to support quick cash flow projects, rather than compile inventory or support larger jobs, which restricted the Debtor's ability to complete jobs.

8. Although the QuickBooks records reflect inventory valued at approximately $450,000 was stored on the Debtor's trucks as of November 2017, this number was not verified, and the inventory on the trucks was not being replaced after November 2017 with the exception of certain critical items that were commonly needed. In point of fact, the actual value of the truck inventory as of the Petition Date was likely less than $100,000.

9. After the initiation of the above-captioned bankruptcy case, the Debtor received relief from the Court to make payroll payments using Regions' cash collateral. After receiving this relief, the Debtor made payroll payments in the amount of approximately $180,000 from Regions' cash collateral.

10. This declaration is offered in support of the "Regions' Final Memorandum Regarding Contested Matter Pertaining to Disputed Election" [Doc. 208], filed by Regions in the above-captioned chapter 7 liquidation of the Debtor relating to the disputed election of a chapter 7 trustee, which election was conducted by the Office of the United States Trustee on June 5, 2018.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed in Odessa, Florida on this 20th day of July, 2018.

CHRISTOPHER MCNEIL